UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

IN RE: DEQUAN BOTSWANA THOMAS     17-53017
                                                                         JUDGE: RANDON
                                                                         Chapter 13

_____/

## ANSWER TO MOTION FOR RELIEF FROM THE AUTOMATIC STAY

Debtor answers

    1.       The Debtor admits this allegation.

    2.       The Debtor admits this allegation.

    3.       The Debtor admits this allegation.

    4.       The Debtor admits this allegation

    5.       The Debtor neither admits nor denies this allegation.

    6.       The Debtor admits this allegation.

    7.       The Debtor neither admits nor denies this allegation.

    8.       The Debtor admits this allegation.

    9.       The Debtor admits this allegation.

    10.     The Debtor admits this allegation.

    11.     The Debtor denies this allegation. The Debtor will catch up on any missed payments.

    12.     The Debtor denies this allegation. The Debtor will catch up on any missed payments.

    13.     The Debtor denies this allegation. The Debtor will catch up on any missed payments.

14. The Debtor admits this allegation.

Wherefore, the Debtor requests that this motion be dismissed.

/s/ Marshall D. Schultz
Marshall D. Schultz (P38040)
Amy K. Trainor (P68589)
Attorney for Debtor(s)
29777 Telegraph Ste. 2203
Southfield, MI 48034
marshalld.schultz@gmail.com
248-559-6930

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

IN RE: DEQUAN BOTSWANA THOMAS        17-53017
                                      JUDGE: RANDON
                                      Chapter 13

_____/

PROOF OF SERVICE

I, Marshall D. Schultz, hereby swear under penalty of perjury, that on the date indicated below, I did serve copies of all the following documents filed in the above captioned case:

1. ANSWER TO MOTION FOR RELIEF FROM THE AUTOMATIC STAY

on the following parties, by mailing said copies by first class U.S. mail with fully prepaid postage affixed, addressed to each of said parties as follows or by electronic means, if applicable:

Krispen S. Carroll
Chapter 13 Trustee
719 Griswold
1100 Dime Building
Detroit, MI 48226

Kilpatrick & Associates, PC
615 Griswold, Suite 1305
Detroit, MI 48226

Dated: October 23, 2020

/s/ Marshall D. Schultz
Marshall D. Schultz (P38040)
Amy K. Trainor (P68589)
Attorney for Debtor(s)
29777 Telegraph Road, Ste 2203
Southfield, MI 48034
marshalld.schultz@gmail.com
248-559-6930